IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| G.M.,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>BOY SCOUTS OF AMERICA; TWIN RIVER COUNCIL, INC., BOY SCOUTS OF AMERICA; and GOVERNOR CLINTON COUNCIL, INC., BOY SCOUTS OF AMERICA,<br><br>　　　　Defendants. | 20-CV-174 |

**ORDER EXTENDING NON-DEBTOR DEFENDANTS' TIME TO FILE
ANSWER OR OTHER RESPONSIVE PLEADING**

Upon the Motion of Defendants Twin River Council, Inc., Boy Scouts of America and Governor Clinton Council, Inc., Boy Scouts of America (the "Non-Debtor Defendants"), for an extension of time to file an answer or other responsive pleading to Plaintiff's complaint (the "Motion");[1] and the Court having determined that there is just cause for the relief granted herein; and upon all of the proceedings had before the Court and after due deliberation and sufficient cause appearing therefor, **IT IS HEREBY ORDERED THAT:**

　　1.　　The Motion is granted as set forth herein.

　　2.　　The Non-Debtor Defendants' time to submit an answer or other responsive pleading to the Underlying Complaint pending in this Court is extended for a period of seven (7) days

---

[1] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Motion.

following the hearing on the PI Motion (currently scheduled for March 24, 2020) and entry of an order by the Delaware Bankruptcy Court with respect to the PI Motion (the "Del. Bankr. Ct. PI Order").

3. Upon entry of the Del. Bankr. Ct. PI Order, the Non-Debtor Defendants' deadline to answer or otherwise respond to the Underlying Complaint in this Court will be extended until August 17, 2020 (180 days from the commencement of the BSA's chapter 11 case), or such date as may be otherwise ordered or extended by order of the Delaware Bankruptcy Court.

4. The Non-Debtor Defendants shall promptly notify this Court of the entry of the Del. Bankr. Ct. PI Order and any modification or extension thereof.

5. The Court shall retain jurisdiction over any matter or dispute arising from or relating to the implementation, interpretation, or enforcement of this Order.

Dated: __March 9__, 2020

_____
Hon. Glenn T. Suddaby
Chief U.S. District Judge